DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**CLINTON DINNALL,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D17-2277

[October 12, 2017]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Scherer, Judge; L.T. Case No. 07-12203 CF10B.

Clinton Dinnall, Wewahitchka, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., WARNER and CIKLIN, JJ., concur.

\*            \*            \*

***Not final until disposition of timely filed motion for rehearing.***